THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| GLENN GOODWIN, | Civil Action No.: 1:10-cv-00023 |
| Plaintiff, | |
| vs. | District Judge Sean J. McLaughlin |
| FAST FOOD ENTERPRISES #3, LLP; JOHN DOE NO. 1; and JOHN DOE NO. 2 | (JURY TRIAL DEMANDED) |
| Defendants. | |

## ORDER OF COURT

AND NOW, to-wit, this  1st  day of February, 2013, it is hereby ORDERED, ADJUDGED and DECREED that the lawsuit filed at docket number 1:10-cv-00023 is DISMISSED, with prejudice, pursuant to Federal Rule of Civil Procedure 41.

BY THE COURT:

s/Sean J. McLaughlin
_____D.J.